UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEVEN CHAN,<br>Plaintiff,<br>v.<br>CITY OF SAN FRANCISCO, et al.,<br>Defendants. | Case No. 26-cv-06731-VC<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 6 |

This case is dismissed sua sponte. Dismissal is with leave to amend.

Rule 8 of the Federal Rules of Civil Procedure requires a pleading to contain a "short and plain statement" of each claim alleging "that the pleader is entitled relief." This rule may be violated when a pleading says too little or when it says too much. *Knapp v. Hogan*, 738 F.3d 1106, 1109 (9th Cir. 2013). Although pleadings filed by pro se litigants should be liberally construed, "[i]t is not the job of the district courts to make sense of the pleading." *Gibson v. City of Portland*, 165 F.4th 1265, 1289 (9th Cir. 2026). At 1237 pages long, the complaint in this case is "needlessly long," "highly repetitious" and "rambling." *Cafasso, U.S. ex rel. v. General Dynamics C4 Systems, Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (affirming dismissal of a 733-page amended complaint). Not only does the plaintiff ask the Court "to wade through a morass of allegations, trying to determine how the facts might relate to the causes of action," *Gibson*, 165 F.4th at 1290, but he also fails "to give the defendants adequate notice of the claims against them and the grounds upon which each claim rests," *id.* at 1288 (quoting *Weiland v. Palm Beach County Sheriff's Office*, 792 F.3d 1313, 1323 (11th Cir. 2015)).

Dismissal is with leave to amend. The plaintiff may file an amended complaint that is

consistent with this order within 21 days. If no amended complaint is filed by that deadline, or if it fails to remedy the deficiencies identified above, dismissal will be with prejudice.

The plaintiff is advised that he may wish to seek assistance from the Federal Pro Bono Project's Legal Help Center, which may be able to help connect him to an attorney who may be able to provide basic legal help, but not legal representation. The Center may be reached by calling (415) 782-8982 or emailing FedPro@sfbar.org. He may also wish to consult the Handbook for Pro Se Litigants, which is available along with further information at http://cand.uscourts.gov/proselitigants.

**IT IS SO ORDERED.**

Dated: July 28, 2026

VINCE CHHABRIA
United States District Judge